UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCES DILLON o/b/o C.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1500-JTM-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | |

**REPORT AND RECOMMENDATION**

The plaintiff, Frances Dillon, filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration denying her claim for benefits. Rec. doc. 1. On November 8, 2013, the District Judge reversed the Commissioner's decision and remanded the matter for an award of benefits. Rec. docs. 17 and 18. On December 17, 2013, Dillon filed a motion for attorneys' fees. Rec. doc. 19. It was referred to the assigned Magistrate Judge. Rec. doc. 21. The Commissioner filed an opposition. Rec. doc. 20.

Dillon seeks an award for 36.95 hours at a rate of $184.14. Rec. doc. 19 (Memorandum at 4).

The Commissioner contends that 3.1 hours should be eliminated as clerical in nature and/or as excessive for routine tasks. Two of these hours relate to the motion and order for Dillon to proceed in forma pauperis. Dillon's counsel spent 2.7 hours in May and June 2012 on preparation of in forma pauperis forms, letter to client, telephone call to client, meeting with client to complete forms, review of information supporting motion, further drafting of motion, and receipt and review of order granting motion.

The in forma pauperis motion is an Administrative Office form with 7 simple questions. Only the third question has subparts which require a response. The form was signed by Dillon. Rec. doc. 2. The plaintiff's form order was completed and signed by the Court. Rec. docs. 2 and 4. A total of 2.7 hours for the in forma pauperis work is excessive. It will be reduced to 0.70 hours.

The Commissioner also contends that 1.1 hours spent on June 22, 2013 for letters to the Social Security Administration, Attorney General and U.S. Attorney serving the summons and complaint should be eliminated as clerical work. While the letters are critical for the service of the Commissioner and the commencement of the action, they are routine. They are found in every appeal challenging a decision of the Commissioner denying benefits. The time will be reduced to .4 hours.

The total reduction is 2.7 hours. The hours to be included in the fee award are reduced from 36.95 to 34.25 hours.

Dillon seeks an hourly rate of $184.14. The Commissioner cites recent decisions in the Eastern District of Louisiana in which the hourly rate is $160.00.[1] For the reasons cited by the Commissioner, a rate of $160.00 will be employed.

It will be recommended that Dillon be awarded 34.25 hours at a rate of $160.00 for a total of $5,480.00.

---

[1] Deidra Grant v. Colvin, CA 12-1306, Rec. Doc. 26 (E.D. La. August 22, 2013) (Lemmon, J.) (awarding $160.00 per hour); Seal v. Astrue, CA 11-2168, Rec. Doc. 33 (E.D. La. October 3, 2012) (Zainey, J.) (awarding $160.00 per hour); and Thibodeaux, v. Astrue, 914 F.Supp.2d 789 (E.D. La. 2012) (Africk, J.) (awarding $160.00 per hour).

IT IS RECOMMENDED that: (1) Dillon's motion for attorneys' fees (Rec. doc. 19) be GRANTED in PART and DENIED in PART; and (2) Dillon be awarded attorneys' fees of $5,480.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

### OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 22nd day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**SALLY SHUSHAN**
**United States Magistrate Judge**