UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCES E. DILLON for C.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1500** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "H"(1)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that: (1) the motion of the plaintiff, Frances Dillon, for an award of attorneys' fees (Rec. doc. 19) is GRANTED in PART and DENIED in PART; and (2) Frances Dillon is awarded attorneys' fees of $5,480.00 from the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration.

New Orleans, Louisiana, on this 12th day of February, 2014.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE